1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:12CR0300 LJO-SKO

12                    Plaintiff,           STIPULATION REGARDING
                                           MOTION IN LIMINE SCHEDULE
13          v.                             AND HEARING;  ORDER

14  OSMIN NORBERTO MEJIA ,

15                    Defendant.

16

                            **STIPULATION**
17
           Plaintiff United States of America, by and through its counsel of record, and defendant, by
18
    and through his counsel of record, hereby stipulate as follows:
19
           1.      By previous order, the above-captioned matter was set for trial on November 5, 2013
20
    before this Court.
21
           2.      By this stipulation, the parties now moves to set this matter for a motions in limine
22
    hearing regarding the government's motion to exclude evidence or argument of a potential duress
23
    defense filed herein this date.
24
           3.      The parties agree and stipulate that the filing date for the defendant's response is on
25
26  or before September 11, 2013, the filing date for any reply is October 14, 2103, and the hearing on

27  the motion is October 15, 2013, at 8:30 a.m.

28
                                          1

1

2   IT IS SO STIPULATED.

3   DATED:        August 12, 2013.        Respectfully submitted,

4                                         BENJAMIN B. WAGNER
                                          United States Attorney

5

6                                         /s/ Karen A. Escobar_____
                                          KAREN A. ESCOBAR

7                                         Assistant United States Attorney

8   DATED:        August 12, 2013.

9                                         /s/ Mark Coleman_____
                                          MARK COLEMAN

10                                        Counsel for Defendant
                                          OSMIN NORBERTO MEJIA

11

12

13                                        **O R D E R**

14

15

16

17  IT IS SO ORDERED.

18      Dated:   __**August 12, 2013**__          ____**/s/ Lawrence J. O'Neill**__

19                                                 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2