HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
OSMIN NORBERTO MEJIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OSMIN NORBERTO MEJIA,<br><br>　　　　　　Defendant. | No. 1:12-cr-300 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

　　　　Defendant, OSMIN NORBERTO MEJIA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On January 13, 2014, this Court sentenced Mr. Mejia to a total term of 87 months imprisonment, comprised of 60 months on Count 1 (violation of 18 U.S.C. § 924(c)(1)(A)(i)) and 27 months on Count 2 (violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(D)), to be served consecutively;

3. As to the drug offense, his total offense level was 21, his criminal history category was I, and the resulting guideline range was 37 to 46 months. He received a reduction from the low-end of the range on the government's motion;

4. The sentencing range applicable to Mr. Mejia was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Mejia's total offense level has been reduced from 21 to 19, and his amended guideline range is 30 to 37 months. A reduction comparable to the one he received initially yields a term of 22 months on the drug offense. The 60-month term imposed on Count 1 is unaffected by application of Amendment 782;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Mejia's total term of imprisonment to 82 months, comprised of 60 months on Count 1 and 22 months on Count 2, to be served consecutively. The order shall be effective November 1, 2015.

Respectfully submitted,

Dated: November 24, 2015                                  Dated: November 24, 2015

BENJAMIN B. WAGNER                                       HEATHER E. WILLIAMS
United States Attorney                                         Federal Defender


 /s/  Kathleen A. Servatius                                     /s/ Hannah R. Labaree
KATHLEEN A. SERVATIUS                                 HANNAH R. LABAREE
Assistant U.S. Attorney                                         Assistant Federal Defender

Attorney for Plaintiff                                             Attorney for Defendant
UNITED STATES OF AMERICA                         OSMIN NORBERTO MEJIA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Mejia is entitled to the benefit Amendment 782, which reduces the total offense level for Count 2 from 21 to 19, resulting in an amended guideline range of 30 to 37 months. A reduction comparable to the one he received initially yields an amended term of 22 months on Count 2.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2014 is reduced to a total term of 82 months, comprised of 60 months on Count 1 and 22 months on Count 2, effective November 1, 2015. If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence. In no event is this Order to be understood as authorizing release prior to November 1, 2015 or authorizing a term of imprisonment less than the term actually served on November 1, 2015.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Mejia shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **November 25, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE